# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Lisa Peebles – Federal Public Defender
Anne LaFex – First Assistant

Albany Office

54 State Street
STE 310
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

May 27, 2025


Hon. Anne M. Nardacci, U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207


**Re:    United States v. Devin Ravine**
         **Case No. 1:25-CR-187 (AMN)**

Dear Judge Nardacci:

Regarding the government's pending appeal of the order dated April 29, 2025 of U.S. Magistrate Judge Shashi H. Kewalramani (C.D. Cal.) granting Mr. Ravine pretrial release, this Court issued a text order of May 2, 2025 (Dkt No. 4) setting deadlines for submissions.  The defendant's submission in response to the government's appeal currently is due May 29, 2025.  I respectfully request an extension of the time to file responsive papers on behalf of Mr. Ravine to Monday, June 2nd.  My first contact with Mr. Ravine upon his recent arrival in this district was Saturday, May 24th.  I need a few additional days to communicate with Mr. Ravine and his family and to finalize responsive papers on behalf of Mr. Ravine.

I have sought the government's position on this request, and AUSA Belliss advised me that he does not oppose.

I thank the Court for its consideration of this request.

Very truly yours,

*/s/Timothy E. Austin*

Timothy E. Austin
Assistant Federal Public Defender


**1**

**2**

cc:    Richard Belliss, AUSA
        Mikayla Espinosa, AUSA
        Edward M. Cox, Assistant Deputy Chief USPO (VIA EMAIL)
        Amy Brancatelli, USPO (VIA EMAIL)

3

CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2025, I electronically filed the foregoing letter request with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

    Richard Belliss, AUSA
    Mikayla Espinosa, AUSA

I emailed the same to Edward M. Cox, Assistant Deputy Chief USPO and Amy Brancatelli, USPO.

/s/Timothy E. Austin
Timothy E. Austin, Esq.
Assistant Federal Public Defender
Bar Roll No. 508098
Attorney for Defendant
54 State Street, Suite 310
Albany, New York 12207
Telephone: (518) 436-1850
Fax: (518) 436-1780
E-mail: tim_austin@fd.org

3